**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RAINBOW PRODUCTION SERVICES, LLC, | Case No. 24-12564 ([___]) |
| Debtor. | |
| Tax I.D. No. 13-4144758 | |
| In re: | Chapter 11 |
| RAINBOW DIGITAL SERVICES, LLC, | Case No. 24-12565 ([___]) |
| Debtor. | |
| Tax I.D. No. 95-4859827 | |
| In re: | Chapter 11 |
| FILM FINANCES, INC., | Case No. 24-12566 ([___]) |
| Debtor. | |
| Tax I.D. No. 95-3747130 | |
| In re: | Chapter 11 |
| EPS-CINEWORKS, INC., | Case No. 24-12567 ([___]) |
| Debtor. | |
| Tax I.D. No. 82-3273355 | |

**DEBTORS' MOTION FOR**
**ENTRY OF ORDER (I) DIRECTING JOINT ADMINISTRATION**
**OF RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Rainbow Production Services, LLC and its affiliated debtors and debtors in possession (each, a "Debtor" and collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Cases"), by and through their undersigned proposed counsel, hereby submit this motion (this "Motion") for entry of an order granting the relief described below.  In support hereof, the Debtors

rely upon and fully incorporate the *Declaration of Peter Coleman in Support of the Debtors'*
*Chapter 11 Petitions and First Day Motions* (the "<u>First Day Declaration</u>")[1] filed concurrently
herewith, and further represent as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and
1334 and the *Amended Standing Order of Reference* from the United States District Court for the
District of Delaware dated February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. §
157(b)(2).  Venue of these Cases and this Motion is proper in this district under 28 U.S.C. §§ 1408
and 1409.

2.      Pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and
Procedure for the District of Delaware (the "<u>Local Rules</u>"), the Debtors confirm their consent to
the entry of a final order by this Court in connection with this Motion to the extent that it is later
determined that this Court, absent consent of the parties, cannot enter final orders or judgments in
connection herewith consistent with Article III of the United States Constitution.

3.      The statutory bases for the relief requested herein are sections 105(a) of title 11 of
the United States Code, as amended (the "<u>Bankruptcy Code</u>"), Rule 1015(b) of the Federal Rules
of Bankruptcy Procedures (the "<u>Bankruptcy Rules</u>"), and Local Rule 1015-1.

## BACKGROUND

4.      On the date hereof (the "<u>Petition Date</u>"), each Debtor filed a voluntary petition for
relief pursuant to chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses
and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of

---

[1]      Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First
Day Declaration.

the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in

these Cases, and no official committee of unsecured creditors has been appointed in these Cases.

5.      Additional factual background regarding the Debtors, including their business

operations, their corporate and capital structure, and the events leading to the filing of these Cases,

is set forth in detail in the First Day Declaration.

## **RELIEF REQUESTED**

6.      The Debtors respectfully request entry of an order directing the joint administration

of these Cases for procedural purposes only and granting related relief.

7.      In furtherance of the foregoing, the Debtors request that the official caption to be

used by all parties in all papers in the jointly administered Cases be as follows:

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RAINBOW PRODUCTION SERVICES, LLC, *et al.*,[1] | Case No. 24-12564 ([___]) |
| Debtors. | (Jointly Administered) |

---

[1]   The address of the Debtors is 9000 Sunset Blvd., Ste. 1400, Los Angeles, CA 90069.  The last four digits of the Debtors' federal tax indemnification numbers are: (i) Rainbow production Services, LLC (4758); (ii) Rainbow Digital Services, LLC (9827); (iii) Film Finances, Inc. (7130); and (iv) EPS-Cineworks, Inc. (3355).

---

8.      The Debtors further request that this Court order that the foregoing caption satisfies

the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

9.      The Debtors also request that the Court make a separate docket entry on the docket of each of the Debtors, other than Rainbow Production Services, LLC, to reflect joint administration of these Cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Delaware directing joint administration for procedural purposes only of the chapter 11 cases of:  Rainbow Production Services, LLC, Case No. 24-12564 ([___]); Rainbow Digital Services, LLC, Case No. 24-12565 ([___]); Film Finances, Inc., Case No. 24-12566 ([___]); EPS-Cineworks, Inc., Case No. 24-12567 ([___]).  **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 24-12564 ([___]).**

## BASIS FOR RELIEF

10.     Bankruptcy Rule 1015(b) provides, in pertinent part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates."  Fed. R. Bankr. P. 1015.  The Debtor entities are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code.  Section 105(a) of the Bankruptcy Code empowers the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]."   11 U.S.C. § 105(a).  Accordingly, the Bankruptcy Code and Bankruptcy Rules authorize the Court to grant the relief requested herein.

11.     Further, Local Rule 1015-1 provides additional authority for the Court to order joint administration of these Cases:

> An order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration pursuant to Fed. R. Bankr. P. 1015, supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the Court and the parties.  An order of joint administration entered in accordance

with this Local Rule may be reconsidered upon motion of any party in interest at any time. An order of joint administration under this Local Rule is for procedural purposes only and shall not cause a "substantive" consolidation of the respective debtors' estates.

Local Rule 1015-1.

12.     Given the Debtors' affiliations to each other, integrated business enterprise, and common secured debt structure, and also given that each Debtor is a party to a single DIP Credit Agreement and a single stalking horse asset purchase agreement, joint administration of these Cases will provide significant administrative convenience without harming the substantive rights of any party in interest. Many of the motions, hearings, and orders in these Cases will affect each Debtor entity. The entry of an order directing joint administration of these Cases will reduce fees and costs by avoiding duplicative filings and objections. Joint administration also will allow the United States Trustee for the District of Delaware (the "U.S. Trustee") and all parties in interest to monitor these Cases with greater ease and efficiency.

13.     Moreover, joint administration will not adversely affect the Debtors' respective constituencies because this Motion seeks only administrative, not substantive, consolidation of the Debtors' estates. Parties in interest will not be harmed by the relief requested; instead, parties in interest will benefit from the cost reductions associated with the joint administration of these Cases. Accordingly, the Debtors submit that the joint administration of these Cases is in the best interests of their estates, their creditors, and all other parties in interest.

## NOTICE

14.     The Debtors will provide notice of this Motion to the following parties, or in lieu thereof, their counsel: (a) the U.S. Trustee; (b) the holders of the 30 largest unsecured claims against the Debtors (on a consolidated basis); (c) Frank J. Earley and Kaitlin R. Walsh as counsel to the Agent and the Pre-Petition Dacian Lender; (d) Ainsley Moloney and Matt McClintock as

counsel to the Pre-Petition Secured Party and the Pre-Petition Haymarket Lender; (e) the Office of the United States Attorney for the District of Delaware; (f) the state attorneys general for all states in which the Debtors conduct business; (g) the Internal Revenue Service; (h) any such other party entitled to notice pursuant to Local Bankruptcy Rule 9013-1(m); and (i) any party that has requested notice pursuant to Bankruptcy Rule 2002. In view of the nature of the relief requested, no other or further notice need be provided.

## **CONCLUSION**

WHEREFORE, the Debtors respectfully request that this Court enter the Proposed Order substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and such other and further relief as may be just and proper.

Dated: November 4, 2024
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Ericka F. Johnson*
Ericka F. Johnson, Esq. (DE Bar No. 5024)
Steven D. Adler, Esq. (DE Bar No. 6257)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
E-mail: ejohnson@bayardlaw.com
          sadler@bayardlaw.com

-and-

**LEVENE, NEALE, BENDER, YOO &
GOLUBCHIK L.L.P**
David L. Neale, Esq. (*pro hac vice* forthcoming)
Krikor J. Meshefejian, Esq. (*pro hac vice* forthcoming)
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Email: DLN@lnbyg.com
          KJM@lnbyg.com

*Proposed Counsel to the Debtors and
Debtors in Possession*

6